1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

DAGOBERTO MINAS,                    )        No. C 10-2549 LHK (PR)
                                    )
11            Petitioner,           )        JUDGMENT
                                    )
12      vs.                         )
                                    )
13   R. GROUNDS, Warden,            )
                                    )
14            Respondent.           )
                                    )
15   _____)

16
17        The Court has denied the instant petition for writ of habeas corpus on the merits.

18   Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

     his petition.  The Clerk shall close the file.
19
20        IT IS SO ORDERED.

21   DATED:   9/19/11

                                    LUCY H. KOH
22                                  United States District Judge
23
24
25
26
27
28

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Minas549jud.wpd